# UNITED STATES DISTRICT COURT
for the

_____ District of NEVADA _____

| | | |
|---|---|---|
| United States of America | ) | Case No.   2:18-mj-00534-VCF |
| v. | ) | |
| TATYANA LATRICE DUPREE | ) | Charging District:   District of New Mexico |
| *Defendant* | ) | Charging District's Case No.   18-cr-1110 WS |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| | |
|---|---|
| Place: U.S. District Court - District of New Mexico | Courtroom No.: AS ORDERED |
| AS ORDERED | Date and Time:  AS ORDERED |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:    June 6, 2018

_____
*Judge's signature*

CAM FERENBACH, U.S. MAGISTRATE JUDGE
*Printed name and title*

_____ FILED          _____ RECEIVED
_____ ENTERED        _____ SERVED ON
            COUNSEL/PARTIES OF RECORD

JUN − 6 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY